# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| N.R., I.E.C.G., M.V.A., J.V.T., and E.A.G.V, on their own behalves and on behalf of their minor children, S.N.M.M., A.C.C., B.V.M., V.E.V.H., and Y.Y.G.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Civil Action No. 4:23-CV-201-JR <br><br> PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO EXCEED PAGE LIMIT |

Plaintiffs, by and through their undersigned counsel, submit the instant response to Defendant's motion for permission to exceed the 17-page limitation on its anticipated motion to dismiss Plaintiffs' Complaint.

Plaintiffs do not oppose Defendant's request to file a motion of no more than 38 pages. Plaintiffs request that if the Court grants Defendants permission to file an extended motion, the Court also grant Plaintiffs permission to file a response to the motion of up to 38 pages, a request Defendant supports. Def.'s Mot., ECF No. 23, at 2-3. The requested additional pages will be required to fully respond to Defendant's extended motion.

Dated:    Brooklyn, NY
          October 26, 2023

                                                        *[signature]*

                                                        Patricia Kakalec

Hugh Baran
Kakalec Law PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201
(212) 705-8730
Patricia@KakalecLaw.com
Hugh@KakalecLaw.com
*Admitted pro hac vice*

Robert McCreanor
Law Office of Robert D. McCreanor, P.L.L.C.
245 Saw Mill River Road
Suite 106
Hawthorne, NY 10532
(845) 202-1833
rmccreanor@rdmclegal.com
*Admitted pro hac vice*

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
GABRIEL A. PERAZA
Assistant U.S. Attorney
Arizona State Bar No. 027428
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Sarah.Letzkus@usdoj.gov
Gabriel.Peraza@usdoj.gov

Patricia Kakalec
Attorney for Plaintiffs