IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| N.R., I.E.C.G., M.V.A., J.V.T., and E.A.G.V, on their own behalves and on behalf of their minor children, S.N.M.M., A.C.C., B.V.M., V.E.V.H., and Y.Y.G.P.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>United States of America,<br><br>    Defendant. | 4:23-CV-00201-JR<br><br>**ORDER APPROVING SETTLEMENT OF MINORS' CLAIMS** |

Before the Court is Plaintiffs' Motion for Court Approval of the Settlement of Minors' Claims (the "Motion") (Doc. 35). Defendant United States of America does not oppose the Motion. Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Court **GRANTS** Plaintiffs' Motion (Doc. 35) and **APPROVES** the settlement of the claims of the Minor Plaintiffs S.N.M.M., A.C.C., B.V.M., and Y.Y.G.P. (the "Minor Plaintiffs") in this Lawsuit.

2. The Court approves the allocation of the settlement proceeds as follows:

| Family No. | Plaintiff | Designation | Settlement Share | Attorney's Fees | Plaintiff's Share |
|---|---|---|---|---|---|
| 1 | N.R. | Parent | $80,000 | $7,500 | $68,000 |
|   | S.N.M.M. | Child | $80,000 | $7,500 | $68,000 |
| 2 | I.E.C.G. | Parent | $80,000 | $20,000 | $60,000 |
|   | A.C.C. | Child | $80,000 | $20,000 | $60,000 |
| 3 | M.V.A. | Parent | $140,000 | $35,000 | $105,000 |
|   | B.V.M. | Child | $140,000 | $35,000 | $105,000 |
| 4 | E.A.G.V. | Parent | $90,000 | $22,500 | $68,500 |
|   | Y.Y.G.P. | Child | $90,000 | $22,500 | $68,500 |
| *Total Settlement Amount for Minor Plaintiffs and their Plaintiff Parents* | | | $780,000 | | |

3.  The Court approves the placement of each Minor Plaintiff's Settlement funds into a pooled minor's trust operated by Legacy Enhancement Trust until that Minor Plaintiff reaches the age of 18.

4.  Plaintiffs' counsel shall coordinate with Plaintiffs N.R., I.E.C.G., M.V.A., and E.A.G.V (parents of the Minor Plaintiffs) and with Legacy Enhancement Trust for the execution of all necessary paperwork and the funding of the trust on behalf of the Minor Plaintiffs. Plaintiffs' counsel shall report back to the Court once funding of the minor's trust has been completed.

Dated this 26th day of February, 2024.

_____
Honorable Jacqueline M. Rateau
United States Magistrate Judge