GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
GABRIEL A. PERAZA
Assistant U.S. Attorney
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.letzkus@usdoj.gov
gabriel.peraza@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| N.R., I.E.C.G., M.V.A., J.V.T., and E.A.G.V, on their own behalves and on behalf of their minor children, S.N.M.M., A.C.C., B.V.M., V.E.V.H., and Y.Y.G.P., <br><br> Plaintiffs, <br><br> vs. <br><br> United States of America, <br><br> Defendant. | 4:23-CV-00201-JR <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's Order (Doc. 34), the parties hereby notify the Court that the parties' conditional settlement remains subject to the approval of the Attorney General of the United States or his designee. Plaintiffs submitted all materials required by the settlement agreement to the government's counsel on February 27, 2024, but as of today the Attorney General has not signed off on the settlement. It is anticipated that once the Attorney General approves the settlement, the parties will file a stipulation for dismissal of all claims.

//

//

//

//

RESPECTFULLY SUBMITTED April 4, 2024.

| | |
|---|---|
| KAKALEC LAW PLLC | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona |
| *s/Patricia Kakalec (with permission)*<br>PATRICIA KAKALEC\*<br>HUGH BARAN\* | *s/Gabriel A. Peraza*<br>GABRIEL A. PERAZA<br>SARAH S. LETZKUS<br>Assistant U.S. Attorneys |
| LAW OFFICE OF ROBERT D.<br>MCCREANOR P.L.L.C. | |
| *s/Robert McCreanor (with permission)*<br>ROBERT McCREANOR\* | |

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Patricia Kakalec
>Hugh Baran
>Kakalec Law PLLC
>195 Montague Street, 14th Floor
>Brooklyn, NY 11201
>(212) 705-8730
>Patricia@KakalecLaw.com
>Hugh@KakalecLaw.com
>*Admitted pro hac vice*
>
>Robert McCreanor
>Law Office of Robert D. McCreanor, P.L.L.C.
>245 Saw Mill River Road
>Suite 106
>Hawthorne, NY 10532
>(845) 202-1833
>rmccreanor@rdmclegal.com
>*Admitted pro hac vice*
>
>*Attorneys for Plaintiffs*

*s/L. Conlisk*