IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| N.R., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>      Defendant. | No. CV-23-00201-TUC-JR<br><br>**ORDER** |

Before the Court is the parties' joint Stipulation for Order of Dismissal (Doc. 38). Good cause appearing,

**IT IS HEREBY ORDERED DISMISSING** this matter with prejudice and with each party to bear his/her/their/its own attorney's fees and costs.

**IT IS FUTHER ORDERED DIRECTING** the Clerk of the Court to enter judgment accordingly and close this case.

Dated this 10th day of May, 2024.

_Jacqueline M. Rateau_
Honorable Jacqueline M. Rateau
United States Magistrate Judge