# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| N.R., et al., | NO. CV-23-00201-TUC-JR |
| Plaintiffs, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| United States of America, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 13, 2024, the complaint and action are dismissed with prejudice and with each party to bear his/her/their/its own attorney's fees and costs.

Debra D. Lucas
District Court Executive/Clerk of Court

May 13, 2024

By  s/ A. Calderón
Deputy Clerk